# United States Bankruptcy Court
## Northern District of California

In re    **Petaluma Greenbriar Investments 5, LLC**      Case No. _____

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| All Seasons Pool Service<br>429 Yosemite Ct.<br>Petaluma, CA 94954 | All Seasons Pool Service<br>429 Yosemite Ct.<br>Petaluma, CA 94954 | | | 16.00 |
| ATT<br>Payment Center<br>Sacramento, CA 95887-0001 | ATT<br>Payment Center<br>Sacramento, CA 95887-0001 | | | 15.00 |
| BKF - Carlenzoli & Assoc.<br>325 Tesconi Cir.<br>Santa Rosa, CA 95401 | BKF - Carlenzoli & Assoc.<br>325 Tesconi Cir.<br>Santa Rosa, CA 95401 | | | 1,000.00 |
| City of Petaluma<br>P.O. Box 6011<br>Petaluma, CA 94953 | City of Petaluma<br>P.O. Box 6011<br>Petaluma, CA 94953 | | | 1,000.00 |
| CSMM<br>899 Northgate Dr., #307<br>San Rafael, CA 94903 | CSMM<br>899 Northgate Dr., #307<br>San Rafael, CA 94903 | | | 1,995.00 |
| Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0001 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0001 | | | 800.00 |
| GHK Pacific, Inc.<br>P.O. Box 151559<br>San Rafael, CA 94915-1559 | GHK Pacific, Inc.<br>P.O. Box 151559<br>San Rafael, CA 94915-1559 | | | 250.00 |
| Greenbriar Construction<br>1600 Los Gamos Dr., Ste. 345<br>San Rafael, CA 94903 | Greenbriar Construction<br>1600 Los Gamos Dr., Ste. 345<br>San Rafael, CA 94903 | | | 1,200.00 |
| Jack Wholey<br>1004 Ventura Ave.<br>Albany, CA 94706 | Jack Wholey<br>1004 Ventura Ave.<br>Albany, CA 94706 | | | 403.48 |
| Javiar Salas<br>P.O. Box 11973<br>San Rafael, CA 94912 | Javiar Salas<br>P.O. Box 11973<br>San Rafael, CA 94912 | | | 250.00 |
| Kenney & Markowitz, LLP<br>Attorneys at Law<br>255 California St., Ste. 1300<br>San Francisco, CA 94111 | Kenney & Markowitz, LLP<br>Attorneys at Law<br>255 California St., Ste. 1300<br>San Francisco, CA 94111 | | | 1,083.76 |

In re    **Petaluma Greenbriar Investments 5, LLC**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Nor Cal Protection**<br>**3721 Santa Rosa Ave., Ste. B-1**<br>**Santa Rosa, CA 95407** | **Nor Cal Protection**<br>**3721 Santa Rosa Ave., Ste. B-1**<br>**Santa Rosa, CA 95407** | | | **95.20** |
| **Pacific Coast Properties**<br>**200 Greenbriar Cir.**<br>**Petaluma, CA 94954** | **Pacific Coast Properties**<br>**200 Greenbriar Cir.**<br>**Petaluma, CA 94954** | | | **145.00** |
| **Petaluma Refuse & Recycling**<br>**P.O. Box 14609**<br>**Santa Rosa, CA 95402** | **Petaluma Refuse & Recycling**<br>**P.O. Box 14609**<br>**Santa Rosa, CA 95402** | | | **1,067.00** |
| **PG&E**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899-7300** | **PG&E**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899-7300** | | | **2,500.00** |
| **Sonoma County Refuse**<br>**2300 County Center Dr., Ste. B100**<br>**Santa Rosa, CA 95403** | **Sonoma County Refuse**<br>**2300 County Center Dr., Ste. B100**<br>**Santa Rosa, CA 95403** | | | **500.00** |
| **Sutter Brown, Inc.**<br>**775 Sunrise Blvd., #170**<br>**Roseville, CA 95661** | **Sutter Brown, Inc.**<br>**775 Sunrise Blvd., #170**<br>**Roseville, CA 95661** | | | **3,141.92** |
| **TDA Structural**<br>**3030 Bridgeway, Ste. 405**<br>**Sausalito, CA 94965** | **TDA Structural**<br>**3030 Bridgeway, Ste. 405**<br>**Sausalito, CA 94965** | | | **571.42** |
| **Travelers Insurance**<br>**CL Remittance Center**<br>**Hartford, CT 06183-1008** | **Travelers Insurance**<br>**CL Remittance Center**<br>**Hartford, CT 06183-1008** | | | **450.00** |
| **WASH - Web Service**<br>**100 N. Sepulveda Blvd., 12th Fl.**<br>**El Segundo, CA 90245** | **WASH - Web Service**<br>**100 N. Sepulveda Blvd., 12th Fl.**<br>**El Segundo, CA 90245** | | | **94.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 24, 2011**                          Signature   **/s/ Bijan Madjlessi**
                                                                   **Bijan Madjlessi**
                                                                   **President of Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.